# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>v.<br><br>SHANE D. LEWIS,<br><br>         Defendant. | Case No. 17-CR-21-JPS<br><br>**ORDER** |

On May 22, 2017, the parties filed a joint motion to adjourn the trial date in this matter. (Docket #14). Based on the representations therein, the Court will grant the request. The Court's March 31, 2017 trial scheduling order shall be modified as follows:

 Plea Agreement Deadline: June 29, 2017

 Final Pretrial Report Due: July 6, 2017, before 2:00 p.m.

 Final Pretrial Conference: July 11, 2017, at 8:30 a.m.

 Jury Trial:       July 17, 2017, at 8:30 a.m.

The remainder of the trial scheduling order remains in effect. (Docket #6). **No requests for further adjournments will be considered for any reason.**

 Accordingly,

 **IT IS ORDERED** that the parties' joint motion to adjourn (Docket #14) be and the same is hereby **GRANTED**; and

 **IT IS FURTHER ORDERED** that certain dates in the trial scheduling order (Docket #6) are modified in accordance with the terms of this Order.

Dated at Milwaukee, Wisconsin, this 22nd day of May, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge