# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

SHANE D. LEWIS,

                Defendant.

Case No. 17-CR-21-JPS

**ORDER**

On October 2, 2017, the government filed a dual motion related to the forfeiture notice in the Superseding Indictment. (Docket #25). First, the government asks for a preliminary order of forfeiture as to one of Defendant's firearms, a .40 caliber Glock pistol. *Id.* This forfeiture is made in accordance with 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Defendant's acquiescence thereto in his plea agreement. Second, the government seeks to dismiss the other firearm from the forfeiture notice, a 9mm Ruger pistol, as the Milwaukee Police Department has custody of the weapon and will dispose of it. *Id.* The Court will grant both aspects of the government's motion. *See* Fed. R. Crim. P. 32.2.

Accordingly,

**IT IS ORDERED** that all right, title and interest in the Glock, model 22 Gen 4, .40 caliber pistol bearing serial number UXD089, is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c);

**IT IS FURTHER ORDERED** that the above-listed item shall be seized forthwith by the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its duly authorized representative;

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law;

**IT IS FURTHER ORDERED** that the Ruger, model P95DC, 9mm semi-automatic pistol with an obliterated serial number be, and hereby is, **DISMISSED without prejudice** from the forfeiture notice of the Superseding Indictment; and

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 10th day of October, 2017.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge